Name: Lukas Elijah Henderson
Street Address: 136 east Childs ave
City and County: Merced
State and Zip Code: CA, 95340
Telephone Number: (209) 500-3493

FILED
NOV 03 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Lukas Elijah Henderson
Luca Vision entertainment
Furniture and appliances ect,

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Nike Headquaters

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. 1:23CV01556 ADABAM
(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☐ No
(check one)

RECEIVED
NOV 03 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Lukas Elijah Henderson
   Street Address: 136 east childs ave
   City and County: Merced
   State and Zip Code: CA 95340
   Telephone Number: (209) 500-5493

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Nike World Headquarters
   Job or Title (if known): corporate
   Street Address: One Bowerman dr
   City and County: Beaverton
   State and Zip Code: Oregon
   Telephone Number: (503) 671-6453

   Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:

2

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

It's over patient rights over shoe product

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

  1. The Plaintiff(s)

     a. If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

     b. If the plaintiff is a corporation

        The plaintiff, *(name)* Luca vision Entertainment Furniture and appliances ect, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California.

     *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

  2. The Defendant(s)

     a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

   b. If the defendant is a corporation

   The defendant, *(name)* Nike World Headquarters is incorporated under the laws of the State of *(name)* Organ, and has its principal place of business in the State of *(name)* Organ. Or is incorporated under the laws of *(foreign nation)* United States of America and has its principal place of business in *(name)* United State of America

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   the shoe patiet of the nike adapt 2.0 rights vs the luca vision ect. 3D sole.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Nike adapt 2.0 light on the sides of the shoe as well as the sole of the shoe. My Luca vision 3D sole also lights up and change colocs, emblems and at the sole, as you can see from my images you honor.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask for punitive damages to my buisness for product sell's in for the full amount of reginules from these product sells of the adept 2.0

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sep 5, 2023.

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff  Lukas Elijah Henderson

*This e-copy is the official court record (GC68150).*

# SC-100 Plaintiff's Claim and ORDER to Go to Small Claims Court

**Clerk stamps date here when form is filed.**

FILED
MERCED COUNTY
2023 MAY 26 PM 2:43
CLERK OF THE SUPERIOR COURT
BY: Misty Norman
DEPUTY

### Notice to the person being sued:
- You are the defendant if your name is listed in ② on page 2 of this form or on form SC-100A. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case. If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:
- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario, o en el formulario SC-100A. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso. Si pierde el caso, la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

**Fill in court name and street address:**

Superior Court of California, County of

SUPERIOR COURT OF CALIFORNIA
COUNTY OF MERCED
627 WEST 21st STREET
MERCED, CA 95340

**Court fills in case number when form is filed.**

Case Number:
**23CV-01860**
Judge: TBA, Judge

## Order to Go to Court

**The people in ① and ② must attend court:** *(Clerk fills out section below.)*

**Trial Date**
| | Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|
| 1. | 7-25-23 | 10:00am | 9 | same as above |
| 2. | | | | |
| 3. | | | | AMANDA TOSTE |

Date: MAY 2 6 2023    Clerk, by Misty Norman, Deputy

### Instructions for the person suing:

**Do not use this form to recover COVID-19 rental debt, which is unpaid rent or other financial obligations under a tenancy due between March 1, 2020, and September 30, 2021. (See Code of Civil Procedure, §1179.02.) To recover COVID-19 rental debt, use form SC-500, *Plaintiff's Claim and ORDER to Go to Small Claims Court*.**

- You are the plaintiff. The person you are suing is the defendant.
- **Before** you fill out this form, read form SC-100-INFO, *Information for the Plaintiff*, to know your rights. You can get form SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/forms.*
- **Fill out pages 2, 3, and 4 of this form.** Make copies of all the pages of this form and any attachments—one for each party named in this case and an extra copy for yourself. Take or mail the original and the copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above. Your court may allow electronic filing. Check your local court website for information: *www.courts.ca.gov/find-my-court.htm.*
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Rev. November 1, 2021, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**

SC-100, Page 1 of 6


# Luca vision entertainment furniture and appliances etc.
# Vs
# nike shoe brand

In janurary 2021 I started my business with several different patient notorized products including the luca vision exterior embelem self tighting changing shoe through a cell phone app as a copyright infringment I sueing them today for the maxium today as the shoe copywrite of id 382421774 and the nike adapt.





