1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          EASTERN DISTRICT OF CALIFORNIA
10
11   LUKAS ELIJAH HENDERSON,                     Case No.  1:23-cv-01556-ADA-BAM

12              Plaintiff,                        **ORDER GRANTING PLAINTIFF'S**
                                                  **APPLICATION TO PROCEED WITHOUT**
13         v.                                     **PREPAYMENT OF FEES OR COSTS**

14   NIKE HEADQUARTERS, et al.,                   (Doc. 2)

15              Defendants.

16
17

18         Plaintiff Lukas Elijah Henderson ("Plaintiff"), proceeding *pro se*, filed this action on

19   November 3, 2023.  (Doc. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an

20   application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2.)  Plaintiff has

21   made the showing required by section 1915(a), and accordingly, the request to proceed *in forma*

22   *pauperis* will be granted.  28 U.S.C. § 1915(a).

23         Plaintiff is advised that the Court is required to screen complaints of *pro se* litigants

24   proceeding *in forma pauperis* pursuant to Title 28 of the United States Code section 1915(e)(2).

25   The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or

26   malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief

27   against a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2)(B).  As a result, no

28   summons will issue at this time.  The Court will direct the United States Marshal to serve

1

Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendant.  The Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated:   **November 7, 2023**                    /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE