## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LUKAS ELIJAH HENDERSON,**

CASE NO: **1:23–CV–01556–KES–BAM**

v.

**NIKE HEADQUARTERS, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/26/2024**

**Keith Holland**
Clerk of Court

ENTERED: **November 26, 2024**

by: /s/ O. Rivera
Deputy Clerk